UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Southern New England, Inc.** ) | Case No.: |
| ) | |
| Plaintiff ) | **CORPORATION DISCLOSURE** |
| ) | **STATEMENT** |
| vs. ) | |
| ) | |
| **Michael DeSouza** ) | |
| ) | |
| Defendant ) | |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Southern New England, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Southern New England, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Southern New England, Inc. is wholly owned by Comcast of Georgia/Massachusetts, Inc.

                                        Respectfully Submitted for the Plaintiff,
                                        Comcast of Southern New England, Inc.
                                        By Its Counsel,

_____           _____
Date                                              John M. McLaughlin
                                                    **Green, Miles, Lipton & Fitz-Gibbon**
                                                    77 Pleasant Street
                                                    P.O. Box 210
                                                    Northampton, MA 01061
                                                    Telephone: (413) 586-0865
                                                    BBO No. 556328