AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Southern New England Inc

V.

Michael DeSouza

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 - 10869 WGY

TO: (Name and address of Defendant)

Michael DeSouza
12 Wordell Street
South Dartmouth, MA 02748

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green Miles Lipton & Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON                                          4-28-05

CLERK                                                      DATE

(By) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

Bristol, ss.                                                                                    May 16, 2005

I hereby certify and return that on 5/6/2005 at 08:37 am I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Disclosure Stmt., Case Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Michael DeSouza, 12 Wordell Street South Dartmouth, MA 02748 and by mailing first class mail to the above mentioned address on 5/6/2005. Copies ($4.00), Conveyance ($0.75), Travel ($3.00), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $61.00

Deputy Sheriff Paul M Douglas                                                    _____
                                                                                                   Deputy Sheriff

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                Signature of Server

                                                 _____
                                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.