UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **05-10869-WGY**

**COMCAST OF SOUTHERN NEW ENGLAND, INC.**
**Plaintiff**

v.

**MICHAEL DESOUZA**
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Comcast of Southern New England, Inc., for an order of Default for failure of the Defendant, Michael DeSouza., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on September 6, 2005.

**Sarah A. Thornton,**
**Clerk**

**By:**   **/s/ Marie Bell**
          **Deputy Clerk**

Notice mailed to counsel of record and defendants.